DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANNA HOLLIS,

Appellant,

v.

DAVID HOLLIS,

Appellee.

No. 2D20-3069

_____

September 29, 2021

Appeal from the Circuit Court for Pasco County; Alicia Polk, Judge.

Eduardo J. Mejias of AAA Family Law, LLC, Altamonte Springs, for Appellant.

Joryn Jenkins of Open Palm Law, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, LUCAS, ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.